Fill in this information to identify the case:

Debtor name: Teknatool USA, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4499 126th Ave, LLC<br>4499 126th Ave<br>Clearwater, FL 33762 | | lease -offset deposit and first month | | | | $67,495.00 |
| Bank of America<br>PO Box 15284<br>Wilmington, DE 19850 | | | | | | $65,255.00 |
| BizFund<br>315 Avenue U 3rd Floor<br>Brooklyn, NY 11223 | | | Disputed | $69,496.00 | $0.00 | $69,496.00 |
| CFS Cap LLC<br>CashFund<br>136 E South Temple Ste 1400<br>Salt Lake City, UT 84111 | | | Disputed | $82,398.00 | $0.00 | $82,398.00 |
| Clasquin Miami<br>3750 NW 87 Ave Suiote 510<br>Miami, FL 33178 | | | | | | $43,436.00 |
| Customs Border Protection<br>ATL Gateway<br>401 Kaiser Dr Ste A<br>Folcroft, PA 19032 | | | | | | $8,523.00 |
| Echo Global Logistics, Inc.<br>600 W. Chicago Ave Suite 725<br>Chicago, IL 60654 | | | | | | $6,876.00 |
| Forward Financing<br>53 State St 20th Floor<br>Boston, MA 02109 | | | Disputed | $84,306.00 | $0.00 | $84,306.00 |

Debtor **Teknatool USA, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Global Printing Solutions<br>Attn: Tim Quinn<br>PO Box 47604<br>Saint Petersburg, FL 33743 | | | | | | $3,947.00 |
| Grizzly Industrial, Inc.<br>1821 Valencia St<br>Bellingham, WA 98229 | | | | | | $156,551.00 |
| Harbour Port LLC<br>95 Merrick Way 3rd Floor<br>Miami, FL 33134 | | | | | | $150,277.00 |
| ICON Compiuter Solutions<br>12167 49th St N<br>Clearwater, FL 33762 | | | | | | $16,950.00 |
| Lighten the Load, Inc.<br>1395 E Irving Park Rd<br>Itasca, IL 60143 | | | | | | $79,500.00 |
| Pathward SBA 7 a Loan<br>5480 Corporate Dr Suite 350<br>Troy, MI 48098 | | | | $3,546,816.00 | $0.00 | $3,546,816.00 |
| Pathward SBA AR ABL Bank Line<br>5480 Corporate Dr Suite 350<br>Troy, MI 48098 | | | | $195,840.00 | $0.00 | $195,840.00 |
| Pay Cargo LLC<br>201 Alhambra Circle Suite 711<br>Miami, FL 33134 | | | | | | $26,977.00 |
| Pilot Freight Services LLP<br>PO Box 654058<br>Dallas, TX 75265-4058 | | | | | | $32,520.00 |
| SBA EIDL<br>5480 Corporate Dr Suite 350<br>Troy, MI 48098 | | | | $218,225.00 | $0.00 | $218,225.00 |
| Steam Logistics LLC<br>328 Broad St<br>Chattanooga, TN 37402 | | | | | | $39,904.00 |
| Uline Shipping Supplies<br>PO Box 88741<br>Chicago, IL 60680-1741 | | | | | | $4,282.00 |